```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 05 B 27224
   FANNIE BAKER
                                                    CHAPTER 13

                                                    JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-4769


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/08/05 and confirmed on 10/28/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $   16534.29 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
WELLS FARGO FINANCIAL IN CURRENT MORTG         .00              .00              .00
FIRST MIDWEST BANK       SECURED           7961.23           806.27          7961.23
CAPITAL ONE FINANCIAL    UNSECURED         NOT FILED           .00              .00
B LINE LLC               UNSECURED         1721.41             .00          1211.02
ECAST SETTLEMENT CORPORA UNSECURED         2895.29             .00          2036.85
WAL MART STORES          UNSECURED         NOT FILED           .00              .00
WELLS FARGO FINANCIAL BA UNSECURED         1928.95             .00          1357.03
          Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  7961.23         .00      6545.65         .00      14506.88
PRINCIPAL PAID      7961.23         .00      4604.90         .00      12566.13
INTEREST PAID        806.27         .00          .00         .00        806.27
TOTAL PAID          8767.50         .00      4604.90         .00      13372.40
The Debtor's attorney, RONALD D CUMMINGS                 , was allowed $   2700.00
and was paid $    306.00   direct and $    2394.00   through the plan.

The Trustee received $     733.60 .

Refunds to the Debtor totaled $      34.29 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 10/11/07                          /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE
```

```
                              PAGE  2
   CASE NO. 05 B 27224 FANNIE BAKER
```